MICHAEL C. HETEY, ESQ.
Nevada Bar No. 5668
HAROLD J. ROSENTHAL, ESQ.
Nevada Bar No. 10208
THORNDAL ARMSTRONG DELK
BALKENBUSH & EISINGER
1100 East Bridger Avenue
Las Vegas, NV 89101-5315
Tel.: (702) 366-0622
Fax: (702) 366-0327
mch@thorndal.com
hjr@thorndal.com

Attorneys for Defendants
CLAUDE HAWKINS, JR. and FIRST CLASS
SERVICE TRUCKING COMPANY INC. d/b/a
FIRST CLASS SERVICE

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMANDA MICHELLE WEEKS, individually,<br><br>Plaintiff,<br><br>vs.<br><br>CLAUDE HAWKINS, JR., individually; FIRST CLASS SERVICE TRUCKING COMPANY INC. d/b/a FIRST CLASS SERVICE, a foreign corporation; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | CASE NO.  2:21-cv-01256-GMN-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION

Plaintiff AMANDA MICHELLE WEEKS and Defendants CLAUDE HAWKINS, JR., and FIRST CLASS SERVICE TRUCKING COMPANY INC. d/b/a FIRST CLASS SERVICE, by and through their undersigned counsel of record, hereby stipulate and agree that Plaintiff's Complaint, including all claims and causes of action alleged therein or which could have been

alleged, are hereby dismissed, with prejudice, with each Party to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated this 25TH day of October 2021.

DIMOPOULOS LAW FIRM

*/s/ Garnet E. Beal, Esq.*
GARNET E. BEAL, ESQ.
Nevada Bar No. 12693
6671 S. Las Vegas Boulevard, Suite 725
Las Vegas, NV 89119
Attorney for Plaintiff
AMANDA MICHELLE WEEKS

Dated this 25th day of October 2021.

THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER

*/s/ Michael C. Hetey, Esq.*
MICHAEL C. HETEY, ESQ.
Nevada Bar No. 5668
HAROLD J. ROSENTHAL, ESQ.
Nevada Bar No. 10208
1100 East Bridger Avenue
Las Vegas, Nevada  89101
Attorneys for Defendants
CLAUDE HAWKINS, JR. and FIRST CLASS SERVICE TRUCKING COMPANY INC. d/b/a FIRST CLASS SERVICE

## ORDER

Based upon the stipulation of counsel for the Parties and good cause appearing;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Complaint, including all claims and causes of action alleged therein or which could have been alleged, be dismissed with prejudice as against all named Defendants, and each of the Parties shall bear their own attorney's fees, costs and expenses incurred herein.

Submitted by:
THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER

*/s/ Michael C. Hetey, Esq.*
MICHAEL C. HETEY, ESQ.
Nevada Bar No. 5668
HAROLD J. ROSENTHAL, ESQ.
Nevada Bar No. 10208
1100 East Bridger Avenue
Las Vegas, Nevada  89101
Attorneys for Defendants

**IT IS SO ORDERED.**

Dated this __25__ day of October, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT